UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

USA

       -vs-

KENNETH M. GRIFFIN,
       Defendants.

_____

12CR6142
CCA No. 14-325CR
ORDER

    A certified copy of the Mandate of the United States Court of Appeals for the

Second Circuit dated March 11, 2015 and issued as Mandate on May 11, 2015 having

been filed in the Office of the Clerk of this Court on 05/15/2015 it is hereby

    ORDERED, ADJUDGED AND DECREED that said Mandate be, and hereby is,

made the Judgment of this Court.

    SO ORDERED.

Frank P. Geraci
Chief Judge
United States District Court

DATED: _May 18, 2015_ .
       Rochester, NY